FILED: April 10, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4597
(1:10-cr-00296-NCT-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PABLO MORA DOROTEO

      Defendant - Appellant

_____

O R D E R
_____

    The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                For the Court

                /s/ Patricia S. Connor, Clerk