FILED: March 2, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4524 (L)
(1:10-cr-00296-TDS-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

FRANCISCO GOMEZ DURAN, a/k/a Grenas

   Defendant - Appellant

_____

No. 11-4597
(1:10-cr-00296-NCT-2)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

PABLO MORA DOROTEO

   Defendant – Appellant

_____

## JUDGMENT
_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK