IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:10CR296-2 |
| | ) | |
| PABLO MORA DOROTEO | ) | |

ORDER

On November 20, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #74] to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #72] which is affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant's Motion [Doc. #70] for a reduction of his sentence is DENIED.

This the 30th day of November, 2015.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge